# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | No. 09-CR-2023-LRR |
| vs. | | **ORDER** |
| JERRY GLEN WEEKLEY, Jr., | | |
| Defendant. | | |

The matter before the court is United States Magistrate Judge Jon S. Scoles's Report and Recommendation (docket no. 525). The Report and Recommendation recommends that the undersigned grant the government's "Motion to Dismiss Petition of Justin Weekley Re: Forfeiture of 2010 Camaro" ("Motion") (docket no. 512). The time to object to the Report and Recommendation has expired. Petitioner Justin Weekley has not filed any objections to the Report and Recommendation. Justin Weekley has thus waived his right to de novo review of the Report and Recommendation. *See, e.g., United States v. Rodriguez*, 484 F.3d 1006, 1010-11 (8th Cir. 2007) ("[A party's] 'failure to file any objections waived his right to de novo review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact contained therein.'" (quoting *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001)). The court finds no plain error in Judge Scoles's decision. Accordingly, the court **ADOPTS** the Report and Recommendation (docket no. 525). The Motion (docket no. 512) is **GRANTED**.

     **IT IS SO ORDERED**.

     **DATED** this 16th day of December, 2010.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA