PROB 34
Report and Order Terminating Supervision

# United States District Court
# For The
# Northern District of Iowa

UNITED STATES OF AMERICA

v.

JERRY GLEN WEEKLEY, JR.

Case No.   CR 09-2023-11-CJW

The above named has complied with the conditions of supervision imposed by the Court, and the supervision expired on September 9, 2020.  It is therefore recommended that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Approved:                                                                                   Respectfully submitted,

*/s/ Amber Mason*                                                                    */s/ Michael A. Mims*

Amber Mason                                                                           Michael A. Mims
Supervising United States Probation Officer                      Senior United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____9th____ day of ____September____, 2020.

*/s/ C.J. Williams*

C.J. Williams
United States District Judge